IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EDWARD L. RUST, | § | No. 152, 2017 |
| Defendant Below, Appellant, | § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | Cr. ID No. 1110001725 |
| STATE OF DELAWARE, | § § | |
| Plaintiff Below, Appellee. | § § § | |

Submitted: November 15, 2017
Decided: November 20, 2017

Before **STRINE**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

## ORDER

This 20th day of November 2017, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its March 8, 2017 order.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

/s/ Gary F. Traynor
Justice

---

[1] *State v. Rust*, 2017 WL 986169 (Del. Super. Ct. March 8, 2017).